**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-7162**

───────────

AARON LANCE STEPHEN,

> Plaintiff - Appellant,

> v.

GERALD BAKER; CORRECTIONAL OFFICER SANTOS; CORRECTIONAL OFFICER ISSAC; JUAN ISIDRO COLLADO,

> Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03161-M)

───────────

Submitted:  April 11, 2024                     Decided:  April 16, 2024

───────────

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Aaron Lance Stephen, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Lance Stephen appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint. Stephen failed to amend his complaint by the deadline provided by the court. We conclude that the district court did not abuse its discretion in dismissing the complaint without prejudice after Stephen had been warned of the consequences of failing to timely comply with the court's order. *See Ballard v. Carlson,* 882 F.2d 93, 95 (4th Cir. 1989) (holding district court's dismissal following explicit and reasonable warning was not an abuse of discretion). We have reviewed the record and find no reversible error. *Stephen v. Baker*, No. 5:22-ct-03161-M (E.D.N.C. Oct. 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*